DOCKET NO. S(2) 15 CR 445 (PAE)   DEFENDANT: Jonathan Rodriguez

AUSA: James McDonald / Dina McLeod   DEF.'S COUNSEL: Joyce Linden

☐ RETAINED   ☐ FEDERAL DEFENDERS   ☒ CJA

\+ Saad Siddiqui (mentors program)

☐ _____ INTERPRETER NEEDED   ☒ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5   ☒ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.

transferred from custody of NDNY

DATE OF ARREST: 3/1/16   ☐ VOL. SURR.
TIME OF ARREST: =10:00 am   ☐ ON WRIT
TIME OF PRESENTMENT: 4:30 pm

☒ Other: Arraignment

### BAIL DISPOSITION

☒ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB
☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION   ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT   ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING
☐ OTHER CONDITIONS _____

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

☒ DEF. ARRAIGNED; PLEADS NOT GUILTY (counts 1 & 6)   ☒ CONFERENCE BEFORE D.J. ON 3/2/16 @ 9:30 am
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED   ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED   ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____   ☐ ON DEFENDANT'S CONSENT

DATE: 3/1/16

_____
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE   PINK - U.S. ATTORNEY'S OFFICE   YELLOW - U.S. MARSHAL   GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2