Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 1 2018

Caption:
United States v.

Jonathan Rodriguez

Docket No.: 15 Cr 445
Hon. Paul A. Engelmayer
(District Court Judge)

Notice is hereby given that Defendant Jonathan Rodriguez appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify) entered in this action on 7/25/2018 (date).

This appeal concerns: Conviction only | | Sentence only |✓| Conviction & Sentence | | Other | |
Defendant found guilty by plea |✓| trial | | N/A | .
Offense occurred after November 1, 1987? Yes |✓| No | | N/A | |
Date of sentence: 7/25/2018    N/A | |
Bail/Jail Disposition: Committed |✓| Not committed | | N/A |

Appellant is represented by counsel? Yes ✓ | No | | If yes, provide the following information:

Defendant's Counsel: Joyce C. London, Esq.
Counsel's Address: 59 Maiden Lane, 6th Floor
New York, NY 10038
Counsel's Phone: (212) 964-3700

Assistant U.S. Attorney: AUSA Max Nicholas
AUSA's Address: Office of U.S. Attorney - Southern District of New York
1 St Andrews Plaza, New York, NY 10007
AUSA's Phone: (212) 637-2200

_____
Signature