UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                          Plaintiff,                    15 CR 445 (PAE)

                        -v-                                             ORDER

JONATHAN RODRIGUEZ,

                                          Defendant.

PAUL A. ENGELMAYER, District Judge:

        The Court has received a *pro se* motion for compassionate release from defendant

Jonathan Rodriguez.  Dkt. 1195.  The Court asks Mr. Rodriguez's CJA trial counsel, Bruce D.

Koffsky, Esq., and Joyce C. London, Esq., to submit a memorandum in support of Mr.

Rodriguez's motion, and to the extent necessary, reappoints Mr. Koffsky and Ms. London for

that purpose.  This memorandum is due June 18, 2021.  The Government's opposition is due July

2, 2021.  The Court does not invite a reply.

        SO ORDERED.

                                                    Paul A. Engelmayer
                                                    _____
                                                    Paul A. Engelmayer
                                                    United States District Judge

Dated: May 28, 2021
        New York, New York