UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JONATHAN RODRIGUEZ,

           Defendant.

15 Cr. 445-2 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On May 27, 2021, the Court received a *pro se* motion from defendant Jonathan Rodriguez seeking compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). Dkt. 1195. On May 28, 2021, the Court reappointed Mr. Rodriguez's CJA counsel, Bruce D. Koffsky, Esq., and Joyce C. London, Esq., for the limited purpose of submitting a memorandum in support of Mr. Rodriguez's motion. Dkt. 1196. Counsel's deadline for so filing was June 18, 2021, and the Government's deadline to respond is July 2, 2021. The Court, however, has not received any such submission from the defense.

Accordingly, the Court hereby *nunc pro tunc* extends the defense's deadline to submit a memorandum in support of Mr. Rodriguez's motion to Friday, July 9, 2021, and extends the deadline for the Government's response to Friday, July 16, 2021.

SO ORDERED.

                                           *Paul A. Engelmayer*
                                           PAUL A. ENGELMAYER
                                           United States District Judge

Dated: June 30, 2021
       New York, New York