UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 15-CR-445-02 (PAE) |
| JONATHAN RODRIGUEZ, | ORDER |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

On November 2, 2021, the Court issued an order extending the deadline for defense counsel to submit a memorandum in support until November 30, 2021. *See* Dkt. 1232. No such memorandum has been filed. The Court directs defense counsel to file such a memorandum by April 15, 2022. This deadline will not be further extended.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 8, 2022
    New York, New York